Alesa Schachter, State Bar No. 102542
Jason M. Sherman, State Bar No. 245190
JOHNSON SCHACHTER & LEWIS, APLC
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone:  (916) 921-5800
Facsimile:  (916) 921-0247
Emails:      alesa@jsl-law.com
             jason@jsl-law.com

Attorneys for Defendant
LODI UNIFIED SCHOOL DISTRICT


Jinny Kim, State Bar No. 208953
Gina Gemello, State Bar No. 282964
The LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104 - 4244
Telephone:  (415) 864-8848
Facsimile:   (415) 593-0096
Emails:      jkim@las-elc.org
             ggemello@las-elc.org

Attorneys for Plaintiff
JEANNE KITCHEN

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE KITCHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>LODI UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.:  2:14-cv-01436-WBS-EFB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>The Honorable William B. Shubb |

WHEREAS, the Status (Pretrial Scheduling) Conference is scheduled for October 14, 2014 [Dkt.

-1-

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE**
*Kitchen v. Lodi Unified School District,* **Case No. 2:14-CV-01436-WBS-EFB**

No. 3];

WHEREAS, the deadline for the Parties to meet and confer is September 23, 2014; and

WHEREAS, the Defendant's Motion to Dismiss has been assigned a hearing date of October 6, 2014 [Dkt. No. 7];

THEREFORE, the Parties request that the Pretrial Conference date be continued so that the Motion to Dismiss can be decided prior to the Conference and the related deadline for the parties to meet and confer.

IT IS SO STIPULATED.

Dated:   September 17, 2014            Alesa Schachter
                                       Jason M. Sherman
                                       JOHNSON SCHACHTER & LEWIS, a P.L.C.

                                       By:     /s/ Jason M. Sherman

                                            Attorneys for Defendant

Dated:   September 17, 2014

                                       Jinny Kim
                                       Gina Gemello
                                       THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER

                                       By:     /s/ Gina Gemello (as authorized on 9/17/14)
                                            Gina Gemello
                                            Attorneys for Plaintiff

## ORDER

Pursuant to this stipulation, **IT IS SO ORDERED.**

The Pretrial Conference, currently scheduled for October 14, 2014, shall be continued to **November 24, 2014 at 2:00 p.m.**  A Joint Status Report shall be filed no later than November 10, 2014.

Dated:  September 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE
*Kitchen v. Lodi Unified School District,* **Case No. 2:14-CV-01436-WBS-EFB**