ALESA SCHACHTER, ESQ. (SBN 102542)
JASON M. SHERMAN, ESQ. (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail: alesa@jsl-law.com
E-mail: jason@jsl-law.com

Attorneys for DEFENDANTS:
LODI UNIFIED SCHOOL DISTRICT,
CATHERINE NICHOLS-WASHER, and
NEIL YOUNG

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE KITCHEN, <br><br>        Plaintiff, <br><br> v. <br><br> LODI UNIFIED SCHOOL DISTRICT; CATHERINE NICHOLS-WASHER, in her official capacity as Superintendent of the Lodi Unified School District, NEIL YOUNG in his official capacity as Director of Personnel of the Lodi Unified School District, <br><br>        Defendants. | **CASE NO. 2:14-cv-01436-WBS-EFB** <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO ALL PARTIES TO SERVE RULE 26(a)(1) INITIAL DISCLOSURES** <br><br> Complaint Filed:  June 16, 2014 <br> Trial Date:          None Set |

Pursuant to Local Rule 144(a), the parties agree and stipulate that an extension should be granted to all parties to serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1):

- In the Scheduling Order issued by the Court on November 24, 2014, the Court ordered the parties to serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than January 30, 2015;

1

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO ALL PARTIES TO SERVE RULE 26(a)(1) INITIAL DISCLOSURES**

- Counsel for Plaintiff and Defendants have met and conferred and agreed that both sides would like additional time to prepare initial disclosures;
- Defendants have filed a motion to dismiss Plaintiff's First Amended Complaint, which is scheduled for a hearing on February 23, 2015, and the parties agree that an extension will not substantively delay the case
- The parties have agreed to an extension of six weeks (42 days) to serve initial disclosures, on March 13, 2015.

The parties therefore agree and stipulate that all parties should be granted an extension to serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) to March 13, 2015.

The parties respectfully request an order from the Court allowing all parties an extension to serve initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) to March 13, 2015.

Dated:  January 8, 2015

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By: /s/ Alesa Schachter
   ALESA SCHACHTER
   JASON M. SHERMAN
Attorneys for Defendant LODI UNIFIED SCHOOL DISTRICT

Dated:  January 8, 2015

THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER

By: /s/ Jinny Kim (authorized on January 8, 2015)
   JINNY KIM
Attorneys for Plaintiff, JEANNE KITCHEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  January 8, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO ALL PARTIES TO SERVE RULE 26(a)(1) INITIAL DISCLOSURES**

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247